```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
  PENA,                                          :
                                                 :
                           Petitioner,           :
         -against-                               :   1:18-cv-04849 (ALC)
                                                 :
                                                 :
  BELL,                                          :   ORDER
                                                 :
                           Respondent.           :
                                                 :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __3/16/2021__

**ANDREW L. CARTER, JR., United States District Judge:**

Respondent is ORDERED to respond to the letter from Petitioner seeking an extension of time, ECF No. 19, by March 19, 2021. Respondent is directed to file proof of service of this Order and their response on Petitioner by no later than March 24, 2021.

**SO ORDERED.**

**Dated: March 16, 2021**
      New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**

1