```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/23/2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
**PENA,**

                     **Petitioner,**

     v.

**BELL,**

                     **Respondent.**
-------------------------------------------------------------x

**1:18-cv-04849-ALC**
**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

The Court is in receipt of Petitioner's request for an extension of time to file a motion for reconsideration, ECF No. 19, and Respondent's response, ECF No. 21. The Court hereby GRANTS the request for an extension to April 20, 2021. Respondent is ORDERED to serve this Order on Petitioner, and file proof of service by March 30, 2021.

**SO ORDERED.**
**Dated: March 23, 2021**
      **New York, New York**

                                                   _____
                                                   **ANDREW L. CARTER, JR.**
                                                   **United States District Judge**