USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: ___June 8, 2021___

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

MICHAEL PENA,                                              :
                                                          :
                                        **Plaintiff,**     :
                                                          :          **1:18-cv-04849 (ALC)**
              -against-                                    :
                                                          :          **ORDER**
EARL BELL,** *Superintendent, Clinton*                     :
*Correctional Facility,*                                   :
                                                          :
                                        **Defendant.**     :
------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

On February 11, 2021, this Court denied Petitioner Michael Pena's ("Petitioner")

Amended Petition for Writ of Habeas Corpus which concluded, *inter alia*, that a stay pending

exhaustion was not warranted. ECF No. 18. On March 7, 2021, Petitioner wrote the Court

requesting additional time to prepare a "motion for re-argument." ECF No. 19. After the Court

ordered a response, the Government consented to the extension. ECF Nos. 20, 21. This Court

granted an extension to April 20, 2021. ECF No. 22. The Court received Petitioner's notice of

motion and accompanying declaration, which the Court construes as a motion to stay pending

exhaustion. ECF Nos. 24, 25. The Government responded to that motion on May 27, 2021. ECF

No. 27.

In light of the Opinion and Order of this Court dated February 11, 2021 denying a stay

because Pena "ha[d] not shown good cause for failing to exhaust," Petitioner's motion to stay is

DENIED as moot. Should Petitioner desire to file a motion for reconsideration of his Amended

Petition, he should do so within 30 days and in accordance with Local Civil Rule 6.3. Respondent

is ORDERED to serve this Order on Petitioner, and file proof of service, by June 11, 2021.

**SO ORDERED.**

**Dated:**   June 8, 2021

       **New York, New York**

                                                   **ANDREW L. CARTER, JR.**
                                                   **United States District Judge**